# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 SEP 20  PM 4:03
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___cp___

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>GERALD SELMAR DISTAD,<br><br>                 Defendant. | Criminal Case No. 00cr0437-BTM<br><br>ORDER RE: CJA VOUCHER |

This matter came before the court on the application of Robert A. Garcia, Esq. for approval of his CJA voucher in the amount of $2,227.80 in fees, plus expenses in the amount of $9.02, for representing a defendant in the above-captioned case. 18 U.S.C. § 3006A(d)(2) provides that the maximum fee for representation of a defendant in a supervised release revocation hearing is $1,500.00 unless the court finds that the representation was extended or complex.

After reviewing the record and Mr. Garcia's letter dated August 31, 2007, which is attached to the voucher, the court finds that the representation was more extended and complex than the average supervised release case and that the amount requested is necessary to provide fair compensation. <u>See</u> 18 U.S.C. § 3006(A)(d)(3). Mr. Garcia raised questions concerning the jurisdiction of the court to revoke supervised release. These questions required briefing and hearings thereby extending the supervised release revocation hearing. Therefore the district court approves the voucher in the amount of $2,227.80 in fees, plus $9.02 in expenses, for a total of $2,236.82.

Approval of such payment by the Chief Judge of the Ninth Circuit, or one of her delegates, is also necessary.

**IT IS SO ORDERED.**

Dated: 9/19/2007

_____
HONORABLE BARRY TED MOSKOWITZ
United States District Judge

00cr0437